# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| Magdalena Frost | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 7:23-cv-01386 |
| United States of America | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Magdalena Frost                                                                                                .

Date:  10/05/2023

/s/ Mona Lisa Wallace
*Attorney's signature*

Mona Lisa Wallace, NCSB #09021
*Printed name and bar number*

Wallace and Graham, P.A.
525 N. Main Street
Salisbury, NC 28144
*Address*

mwallace@wallacegraham.com
*E-mail address*

(704) 633-5244
*Telephone number*

(704) 633-9434
*FAX number*