IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01386-D-BM

MAGDALENA FROST               )
                              )
                Plaintiff,    )
                              )     **MOTION FOR ADMISSION**
         v.                   )     **PRO HAC VICE**
UNITED STATES OF AMERICA      )     **and AFFIDAVIT**
                              )
                              )
                Defendant.    )

Mona Lisa Wallace ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of Lauren Lankenau ("Applicant"), who seeks permission to represent Magdalena Frost ("Client") in this above-captioned Camp LeJeune Justice Act case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is Washington.

2. Applicant practices under the name of or as a member of the following firm:

Firm name: Keller Rohrback LLP

Mailing Address: 1201 Third Avenue, Suite 3200

City / State / Zip: Seattle, WA  98101

Telephone Number: (206) 623-1900       Facsimile Number: (206) 623-3384

Email Address (required): llankenau@kellerrohrback.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: <u>See attached.</u>

_____

_____

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission <u>pro hac vice</u> in this or any other jurisdiction or had <u>pro hac vice</u> admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5. Applicant certifies that the client requested Applicant to represent s/he in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8. The required $100 fee for admission <u>pro hac vice</u> in this case is being submitted with the filing of this motion.

9. Applicant consents to electronic notification and is a registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.

By signing this Motion, we so certify.

This, the 12th day of October, 20 23.

_____  _____
s/Mona Lisa Wallace           s/Lauren Lankenau
Local Counsel                 Applicant

Attorney Name:      Mona Lisa Wallace
Bar Number:         NCSB #9021
Firm Name:          Wallace & Graham
Firm Address:       525 N. Main Street
Firm City/State/Zip: Salisbury NC, 28144
Telephone Number:   (704) 633-5244
Fax Number:         (704) 633-9434
Email Address:      mwallace@wallacegraham.com

# Lauren Lankenau Court Admissions

|  | *Bar No.* | *Admitted* |
|---|---|---|
| Washington State Bar | No. 60789 | 04/28/2023 |
| Western District of Washington |  | 06/29/2023 |