# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina 

| | |
|---|---|
| Magdalena Frost ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:23-cv-01386 |
| United States of America ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Magdalena Frost.

Date: 10/13/2023

/s/ Whitney Wallace Williams
*Attorney's signature*

Whitney Wallace Williams, NCSB #38574
*Printed name and bar number*

Wallace and Graham, P.A.
525 N. Main Street
Salisbury, NC 28144
*Address*

wwallace@wallacegraham.com
*E-mail address*

(704) 633-5244
*Telephone number*

(704) 633-9434
*FAX number*